**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRYNDI ZAZUETA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-02796-SNLJ |
| | ) | |
| MEDICAL DATA SYSTEMS, INC. d/b/a | ) | |
| MEDICAL REVENUE SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW Plaintiff, Bryndi Zazueta, and for her Motion for Partial Summary Judgment states as follows:

1.      Plaintiff incorporates by reference her Memorandum in Support and Statement of Uncontroverted Facts, filed contemporaneously herewith.

2.      Summary judgment is appropriate in Plaintiff's favor on her claim pursuant to 15 U.S.C. § 1692g(b) of the Fair Debt Collection Practices Act ("FDCPA") because the undisputed facts establish that Defendant overshadowed Plaintiff's dispute rights by demanding payment of the debt on a date certain within the statutory dispute period and pressured Plaintiff to pay the alleged debt within Plaintiff's dispute period.

3.      Plaintiff moves for partial summary judgment as to 15 U.S.C. §§ 1692g(b) liability only.  She reserves the right to have her other claims and her damages in this case be determined at trial.

WHEREFORE, Plaintiff respectfully requests that the Court accept Plaintiff's Motion For Partial Summary Judgment and Memorandum in Support for filing, grant partial summary judgment in Plaintiff's favor as requested herein, and enter all other and further relief in Plaintiff's favor that the Court deems proper.

Respectfully submitted,

ROSS & VOYTAS, LLC

By: /s/ Richard A. Voytas, Jr.
Ethan W. Gee #70075 MO
Richard A. Voytas, Jr. # 52046 MO
Ross & Voytas, LLC
12444 Powerscourt Drive Suite 370
St. Louis, MO 63131
(314) 394-0605 (telephone)
(314) 636-333-1212 (facsimile)
rick@rossvoytas.com
ethan@rossvoytas.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, this 10th day of January, 2018, with notice of case activity generated and sent electronically to all counsel of record.

/s/ Richard A. Voytas, Jr.

2