**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRYNDI ZAZUETA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-02796-SNLJ |
| | ) | |
| MEDICAL DATA SYSTEMS, INC. d/b/a | ) | |
| MEDICAL REVENUE SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF BRYNDI ZAZUETA**

COMES NOW Plaintiff, Bryndi Zazueta, and states the following under oath:

1.      I am the Plaintiff in the above-captioned matter.  I am a Missouri resident.  I am an adult over eighteen years of age, I have personal knowledge of all statements made herein, and I am fully competent to provide testimony about the same.  If called to provide testimony on the issues contained in this declaration, I will do so.

2.      I am an individual consumer.  I did not incur the alleged debt at issue for any business purpose.

3.      The alleged debt arose out of medical services that either I, or my minor son, received.

4.      I received the initial collection letter from Defendant dated August 10, 2017 on August 18, 2017.  The letter is attached as **Exhibit 2** to the Statement of Facts in support of the Motion for Summary Judgment.

5.      Defendant's letter stated that I had the right, within thirty days of my receipt of the letter, to dispute the validity of the alleged debt and request verification thereof.

6.      The letter encouraged me to call Defendant.

7.      After reviewing the letter, I knew that I had paid the co-pay for the insurance at the time of the medical visit and that my insurance had paid the balance of the charges.  As such, I believed I did not owe the subject debt.  As such, I called Defendant from my residence on August 28, 2017.

8.      The following is an accurate transcription of the relevant portion of the call.  The recording of the call itself is attached to the Statement of Facts as **Exhibit 3**.

**Bryndi:** "I don't think this is correct because we were insured for the visit and the remaining balance should be zero."

**Defendant:** Absolutely. I just need to verify the address (states address).

**Bryndi:** We have moved since then.

**Defendant:**  Okay date of birth (states date of birth).

**Bryndi:** That's my birthday not my son's.

**Defendant:** Correct.  And we just have to let you know that this is an attempt to collect a debt and any information obtained will be used for that purpose.  The call will be monitored and recorded for quality purposes.  And it's showing here that the balance… remaining is $172.11.

**Bryndi:** Okay, but I'm insured, so the remaining balance should be zero.

**Defendant:**  But it's not.

**Bryndi.**  Okay, so even if it is for my child, is it going to go on my credit?

**Defendant:** Well, you're financially responsible.  You're the guarantor on the account.  So you sign off on your son's--you know--for any child that you may have, you're responsible financially for those accounts.

**Bryndi:**  Okay, how much time do I have to take care of this?

**Defendant:** We could post date the payment, ma'am, if you'd like to go ahead and help you out with the account.  That way it will stop all collection efforts.

**Bryndi:** And what am I supposed to do to keep this off my credit?

**Defendant:** What we can do to make it a zero balance is we can go ahead and post date the payment up till the 31st, or when do you need to do the payment in full?

**Bryndi:**  I'm not quite sure yet.

**Defendant:**  The farthest out I can do this is for September 14 if you're not able to do it this Friday, by this Friday, which is the 1st.  I can put it in for the 14th, $172.11.

**Bryndi:**  This doesn't sound right to me. I'm turning this over to my lawyer (provides name and number of attorney).

**Defendant:**  You can go ahead and give him the information so you can get this taken care of, Okay?

9.      At no time in the telephone conversation did Defendant explain to me that despite Defendant's payment demands, I retained my dispute and verification rights.

10.      Defendant's conduct caused me to believe that I could not exercise my dispute rights or that such an exercise would not be honored because Defendant was going to credit report the account on September 1, 2017 if I did not pay the debt prior to that time, and all of the other deadlines that Defendant provided were within the thirty-day dispute period such that I

believed that I had to pay the alleged debt within my thirty-day dispute period; accordingly, I felt that I had no option but to retain counsel on the debt, and I did retain and pay for counsel.

11.     Defendant's conduct caused me to incur attorneys' fees and caused me to suffer from stress, anxiety, and frustration because I believed that Defendant was overshadowing my dispute rights with its time-specific demands for payment within the thirty-day dispute period and that Defendant was refusing to honor my bona fide dispute of the debt.

I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. 1746). Executed on January _10_, 2018.

_____
Bryndi Zazueta
Plaintiff