P.O. BOX 938
VERO BEACH, FL 32961

| Reference 6493810-1-X | Fac ID 2835-299 | Total Amount Due $172.11 |

Toll Free Number
(866) 861-5848



003483
0101

08/10/2017

  Bill Pay

Download on the **App Store**

GET IT ON **Google Play**

39809*TZH0M7NME000023



**IF PAYING BY CREDIT CARD, FILL OUT BELOW • CHECK CARD USING FOR PAYMENT**

MasterCard ☐ MASTERCARD   DISC●VER ☐ DISCOVER   AMERICAN EXPRESS ☐ AMEX   VISA ☐ VISA

CARD NUMBER                                    3 DIGIT CODE | EXP. DATE

CARDHOLDER NAME

SIGNATURE                                      AMOUNT PAID



**BRYNDI L ZAZUETA**
**236 RAMSEY LN**
**BALLWIN, MO 63021-4969**

**MEDICAL REVENUE SERVICE**
**P.O. BOX 938**
**VERO BEACH, FL 32961-0938**

☐ CHECK HERE IF ADDRESS OR INSURANCE INFORMATION IS INCORRECT AND INDICATE CHANGE ON REVERSE SIDE

**Page 1 of 1**

▼DETACH HERE ▼AND RETURN TOP PORTION WITH YOUR PAYMENT 508494 (PC1)

---

MEDICAL REVENUE SERVICE
P.O. BOX 938
VERO BEACH, FL 32961

Toll Free Number      (866) 861-5848

08/10/2017

Medical Revenue Service is a collection agency. The account(s) indicated below has been placed with our office for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please make your check or money order Payable to Medical Revenue Service. In order to assure proper credit to your account, include the reference number with your payment. We also accept credit card and "check by telephone" payments for your convenience. If you have any questions, you may contact one of our account representatives at the toll-free telephone number listed on this letter.

**This is an attempt to collect a debt and any information obtained will be used for that purpose.**
**This communication is from a debt collector.**

| Account # | Creditor/Facility | Service Date | Balance | Patient Name |
|---|---|---|---|---|
| 6493810-1-X | Missouri Baptist Medical Center | 01/30/2017 | $172.11 | Zazueta, Tyvor V |

**TOTAL AMOUNT DUE: $172.11**

Financial assistance may be available to you. Please contact 1-866-861-5848 for further information about our financial assistance programs. If you do not qualify for financial assistance, we will work with you to establish a non-interest payment plan. If you have applied for assistance in the past, you may reapply at any time to ensure we are aware of your most current financial situation.
Our hours of operation are 8:00AM-8:00PM Monday-Thursday Eastern Standard Time and 8AM-5PM EST Friday.
Nuestro horario de atencion es de 8:00AM-8:00PM Lunes-Juevess Hora Estandar del Este. 8AM-5PM Viernes.

PL1S