**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRYNDI ZAZUETA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-02796-SNLJ |
| | ) | |
| MEDICAL DATA SYSTEMS, INC. d/b/a | ) | |
| MEDICAL REVENUE SERVICE | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING EXHIBIT**

Exhibit 3 to Recording of August 2017 Telephone Conversation will be filed with the

Clerk's Office in CD format.

I certify that within 24 hours of the filing of this Notice, I will file and serve the CD copy

of the document identified above.

January 10, 2018

/s/ Richard A. Voytas, Jr.
Attorney for Plaintiff Bryndi Zazueta
#52046 MO
12444 Powerscourt Drive, Suite 370
St. Louis, MO 63131
P: 314-394-0605
F: 636-333-1212
E-Mail: rick@rossvoytas.com